DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
BLAKE P. LOEBS, State Bar #145790
JENNIFER E. CHOI, State Bar #184058
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3868
Telephone: (415) 554-3887
Facsimile: (415) 554-3837
E-Mail: blake.loebs@sfgov.org
E-Mail: jennifer.choi@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
OFFICER REYNALDO VARGAS (#979) and,
DOES 1-40

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND NARIO,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER REYNALDO VARGAS (#979), AND DOES 1-40,<br><br>        Defendants. | Case No. C05-1394 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION**<br><br>Date Action Filed:   October 20, 2003<br>Trial Date:   None Set |

///
///
///
///
///
///
///

Joint ADR Certification         1
Nario v. CCSF, et al., USDC Case No. C05-1394 JSW         n:\lit\li2005\051249\00314007.doc

1 | The parties stipulate to participate in the following ADR process: Mediation

2

3 | Dated: _____       _____/s/_____
                                  Russell A. Robinson
4                                 Attorney for Plaintiff Raymond Nario

5 | Dated: _____       _____/s/_____
                                  Blake Loebs
6                                 Attorney for Defendant CCSF

7

8 | Dated: _____       _____/s/_____
                                  Kimon Manolius
9                                 Attorney for Defendant Reynaldo Vargas

10 | IT IS SO ORDERED.

11

12 | Dated: June 14, 2005          /s/ Jeffrey S. White
                                  _____
                                  JEFFREY S. WHITE
13                                UNITED STATES DISTRICT JUDGE