Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone: (415) 255-0462
Facsimile: (415) 431-4526

Attorneys for Plaintiff
RAYMOND NARIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND NARIO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | No. C-05-1394-JSW<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** [Proposed] **ORDER**<br>Date: July 8, 2006<br>Time: 1:30 p.m.<br>Courtroom: 2, 17th Floor |

TO THE HONORABLE COURT IN THIS MATTER:

The parties to this action proceeded with mediation on June 27, 2005, before Jerry Spolter of JAMS. Mediation lasted about four hours. At the conclusion of the mediation, settlement was reached. Pursuant to settlement, the parties agreed not to discuss the terms of that settlement.

Therefore, all parties to this action hereby request that the case management conference set for July 8, 2005, before this Court be continued 90 days. During the interim, the parties expect approval from the relevant authorities within the City and County of San Francisco; once

JOINT NOT. OF SETT. AND REQ. TO CONTINUE CMC; [Proposed] ORDER
Nario v. San Francisco, et al. (No. C-05-1394-JSW)     - 1 -

03-0011P008

such approval is formalized and all appropriate steps taken to complete terms of settlement, the parties should be able to jointly file a request for dismissal, with prejudice, as to all parties and all claims, under Federal Rules of Civil Procedure, Rule 41(a)(1).

Date: June 30, 2005  /S/
By: Russell A. Robinson
Law Office of Russell A. Robinson
Attorneys for Plaintiff Raymond Nario

Date: June 30, 2005  /S/
By: Blake P. Loebs
Deputy City Attorney
Office of the City Attorney
Attorneys for Defendant City and County of San Francisco

Date: June 30, 2005  /S/
By: Kimon Manolius
Hanson, Bridgett, Marcus, Vlahos, et al.
Attorneys for Defendant Reinaldo Vargas

### ORDER

Based on the above and good cause appearing, it is hereby order as follows:

The case management conference is continued from July 8, 2005, to October 7, 2005, at 1:30 p.m., in courtroom 2 on the 17th floor of this Court.

**IT IS SO ORDERED.**

Date: July 5, 2005  /s/ Jeffrey S. White
Hon. Jeffrey S. White
Judge, United States District Court

JOINT NOT. OF SETT. AND REQ. TO
CONTINUE CMC; [Proposed] ORDER
*Nario v. San Francisco, et al. (No. C-05-1394-JSW)*  - 2 -  03-0011P008

| | |
|---|---|
| 1 | Northern District of California |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |