HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
KIMON MANOLIUS - 154971
JOHN T. CU - 207402
333 Market Street, 21st Floor
San Francisco, CA 94105-2173
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant REYNALDO VARGAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND NARIO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CHIEF OF POLICE PRENTICE E. SANDERS, ACTING AND ASSISTANT CHIEF OF POLICE ALEX FAGAN, SR., OFFICER REYNALDO VARGAS (#979), AND DOES 1-40,<br><br>    Defendants. | No. C 05 1394 JSW<br><br>STIPULATION TO CONTINUE THE JOINT CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER<br><br>Date: October 7, 2005<br>Time: 1:30 p.m.<br>Courtroom: 2, 17th Floor |

    Plaintiff RAYMOND NARIO and DEFENDANTS CITY and COUNTY OF SAN FRANCISCO, PRENTICE SANDERS, ALEX FAGAN, Sr., and REYNALDO VARGAS (hereinafter collectively referred as "Defendants") hereby submit this Stipulation to Continue the Case Management Conference for an additional sixty (60) days.

### RECITALS

    1.    Whereas, on June 27, 2005, the Parties to this action participated in mediation at JAMS with Jerry Spolter, Esq., wherein a conditional settlement was reached.

    2.    Whereas the proposed settlement amount is currently under review and pending approval by the San Francisco Board of Supervisors (the "Board"). While approval of the

- 1 -
STIPULATION TO CONTINUE THE CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER                                              1212536.1

1  proposed settlement is highly likely, Defendants are presently unable to finalize the settlement,
2  without the Board's confirmed approval.
3     3.   Whereas the Parties expect Board to undergo second reading of the conditional
4  settlement by the middle of October 2005.
5     4.   Whereas the Parties expect the Board to approve the conditional settlement no
6  later than November 2005.

**STIPULATION**

IT IS HEREBY STIPULATED THAT:

1. Given the pending settlement and likelihood of approval of the settlement by the Board of Supervisors, the Parties request that this Court continue the Case Management Conference for an additional 60 days.

2. Once approval of the settlement is formalized and all appropriate steps taken to complete the terms of the settlement, the Parties will jointly file a request for dismissal, with prejudice, as to all Parities and all claims, under Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: September __, 2005        LAW OFFICES OF RUSSELL ROBINSON


_____
RUSSELL ROBINSON, Attorney for Plaintiff
RAYMOND NARIO


Dated: September 28, 2005        OFFICE OF THE SAN FRANCISCO CITY ATTORNEY


_____
BLAKE LOEBS
JENNIFER CHOI, Attorneys for Defendant, CITY AND COUNTY OF SAN FRANCISCO

///
///
///

- 2 -
STIPULATION AND [PROPOSED] PROTECTIVE ORDER TO CONTINUE THE CASE
MANAGEMENT CONFERENCE                                                    1212836.1

| 1 | Dated: September 29, 2005 | HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY LLP |

_____
KIMON MANOLIUS
JOHN T. CU, Attorney's for Defendant
REYNALDO VARGAS

### ORDER

Based on the above and good cause showing therefore, it is hereby ordered as follows:

The Case Management Conference is continued from October 7, 2005, to December 9, _____, at 1:30 p.m., in courtroom 2 on the 17th floor of this Court.

**IT IS SO ORDERED.**

Dated: October 3, 2005

_____
Hon. Jeffrey S. White, Judge, United States District Court, Northern District of California

- 3 -

STIPULATION AND [PROPOSED] PROTECTIVE ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE                    1212836.1

Management Conference for an additional 60 days.

2. Once approval of the settlement is formalized and all appropriate steps taken to complete the terms of the settlement, the Parties will jointly file a request for dismissal, with prejudice, as to all Parities and all claims, under Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: September __, 2005     LAW OFFICES OF RUSSELL ROBINSON

_____
RUSSELL ROBINSON, Attorney for
Plaintiff     RAYMOND NARIO

Dated: September __, 2005     OFFICE OF THE SAN FRANCISCO CITY ATTORNEY

_____
BLAKE LOEBS
JENNIFER CHOI, Attorneys for Defendant,
CITY AND COUNTY OF SAN
FRANCISCO

///

///

///

Dated: September __, 2005     HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY LLP

_____
KIMON MANOLIUS
JOHN T. CU, Attorney's for Defendant
REYNALDO VARGAS

**ORDER**