Russell Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone: (415) 255-0462
Facsimile: (415) 431-4526

Attorneys for Plaintiff
RAYMOND NARIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| RAYMOND NARIO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO;<br>OFFICER REYNALDO VARGAS (#979); and,<br>DOES 1-40,<br><br>    Defendants. | No.   C-04-1394-JSW<br><br>**NOTICE OF DISMISSAL AND REQUEST FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION AND ALL PARTIES PURSUANT TO TERMS OF SETTLEMENT** |

TO THE HONORABLE COURT IN THIS MATTER AND TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Raymond Nario hereby gives notice and requests, pursuant to terms of settlement, that this matter in its entirety as to all claims and parties, be dismissed with prejudice under Federal Rules of Civil Procedure, Rule 41.

Date: December 1, 2005        Law Office of Russell A. Robinson

                                                                                      _____/S/_____
                                                                                     By:  Russell A. Robinson
                                                                                     Counsel for Plaintiff RAYMOND NARIO

*APPROVED*
*Judge Jeffrey S. White*

Dated: December 8, 2005

NOTICE OF DISMISSAL AND REQUEST FOR DISMISSAL
WITH PREJUDICE AS TO ENTIRE ACTION AND ALL
PARTIES PURSUANT TO TERMS OF SETTLEMENT
*Nario v. City and County of San Francisco, et al.*

- 1 -

03-010P010.dism